

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KARL J. ASHANTI**
Assistant Corporation Counsel
Phone: (212) 227-0414
Fax: (212) 788-9776
kashanti@law.nyc.gov

March 6, 2013

**VIA ECF**
Honorable Sandra L. Townes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Andy Camejo v. City of New York, et al.</u>
12 CV 2370 (SLT)(VMS)

Your Honor:

      I represent the defendants in the above-referenced matter. I write to advise the Court that the parties in this matter have reached a settlement agreement. A Stipulation and Order of Settlement and Dismissal will be forwarded to the Court upon execution by the parties.

      Thank you for your attention to this matter.

Respectfully submitted,

Karl J. Ashanti (KA4547)
Assistant Corporation Counsel

cc: Hon. Vera M. Scanlon, U.S.M.J. (by ECF)
Duncan Peterson, Esq. (by ECF)